604

June 13, 1979.

417 A.2d 771

Commonwealth v. Clemons, Appellant.

Submitted October 26, 1978. Paulette J. Balogh, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 772

Commonwealth v. Evans, Appellant.

Submitted April 10, 1978. Paulette J. Balogh, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. did not participate in the consideration or decision in this case.